COMMONWEALTH of Pennsylvania, Respondent

v.

Jacquin Jaron BYRD, Petitioner

No. 124 MAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW,** this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Charles WATSON, Petitioner

No. 55 EAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

DOOLITTLE INVESTMENTS, LLC, Respondent

v.

MOTORISTS MUTUAL INSURANCE COMPANY, Petitioner

No. 120 MAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW,** this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**